IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK GINN,

        Plaintiff,                   CIV S-07-0636 KJM

    vs.

MICHAEL J. ASTRUE,

        Defendant.              <u>ORDER TO SHOW CAUSE</u>

_____/

        By order filed April 16, 2007 plaintiff was directed to submit the approriate filing fee within twenty days. That time has now passed and plaintiff has failed to comply with the court's order.

        Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order plaintiff shall show cause why this action should not be dismissed for failure to prosecute. Payment of the filing fee will result in discharge of the order to show cause.

DATED: June 6, 2007.

_____
U.S. MAGISTRATE JUDGE

006
ginn.osc

1