IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK GINN,

        Plaintiff,                  CIV S-07-636 KJM

    vs.

MICHAEL J. ASTRUE,            <u>ORDER AND</u>

        Defendant.        <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed April 16, 2007 plaintiff was directed to submit the approriate filing fee within twenty days.  That time has now passed and plaintiff has failed to comply with the court's order.

        By order filed June 7, 2007, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute.  In a response that same day, plaintiff filed a response indicating he is unable to pay the filing fee.

        In the application to proceed in forma pauperis, plaintiff stated that his wife's income is approximately $1,750 gross per month and that he has a special savings account set up after he won a worker's compensation case with approximate value of $27,000, that he owns a car and is buying a home.  Given plaintiff's financial resources, the response to the order to show

/////

1

1 cause is insufficient.  Because plaintiff refuses to pay the filing fee and proceed with the action,
2 the case should be dismissed.

3        Accordingly IT IS HEREBY ORDERED that the Clerk of Court is directed to
4 assign a district judge to this action; and

5        IT IS HEREBY RECOMMENDED that this action be dismissed without
6 prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

7        These findings and recommendations are submitted to the United States District
8 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
9 after being served with these findings and recommendations, plaintiff may file written objections
10 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
11 and Recommendations."  Plaintiff is advised that failure to file objections within the
12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).

14 DATED:  August 30, 2007.

15

                              U.S. MAGISTRATE JUDGE

006
16 ginn.fpf

2