IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK GINN,

        Plaintiff,                              No. CIV S-07-0636 KJM FCD

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.                        <u>ORDER</u>

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On August 30, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 30, 2007, are adopted in full; and

1    2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.
2 Civ. P. 41(b).
3 DATED: October 12, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE